No. 1006.  WILSON ET AL. *v.* COMMERCIAL SECURITIES Co., INC., ET AL.  C. A. 5th Cir.  Certiorari denied.  ▉

No. 1007.  COHEN *v.* CENTRAL NATIONAL BANK OF JACKSONVILLE.  C. A. 5th Cir.  Certiorari denied.  ▉

No. 1008.  HAMILTON *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.  ▉

No. 1011.  ALVAREZ ET UX. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  ▉

No. 1012.  FORT HOWARD PAPER Co. *v.* SCOTT PAPER Co.  C. A. 7th Cir.  Certiorari denied.  ▉

No. 1017.  PETUSKEY ET AL. *v.* RAMPTON, GOVERNOR OF UTAH, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 1021.  TOLIVER *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  ▉

No. 5167.  LEWIS *v.* LICAVOLI.  App. Dept., Super Ct. Cal., County of San Francisco.  Certiorari denied.  ▉

No. 5600.  LINDSEY *v.* CRAVEN, WARDEN.  C. A. 9th Cir.  Certiorari denied.  ▉

No. 5665.  MANCE *v.* NELSON, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 5716.  ROMANO *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.  ▉